IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

EMPLOYERS REINSURANCE CORPORATION, )
a Missouri corporation, and )
WESTPORT INSURANCE CORPORATION, )
a Missouri corporation, )
) No. 01 0709-CV-W-2
    Plaintiffs/Counterdefendants, )
)
vs. )
)
AMERICAN INVESTORS FINANCIAL, )
LTD., an Arizona corporation, and )
AMERICAN INVESTORS INSURANCE )
(BERMUDA), LTD., a Bermuda )
corporation, )
)
    Defendants/Counterclaimants. )
)

## MOTION TO STRIKE AFFIDAVITS OR, ALTERNATIVELY, TO REQUIRE PLAINTIFFS TO PRODUCE UNDERLYING DATA PURSUANT TO RULE 56(f)

Defendants American Investors Financial, Ltd. and American Investors Insurance (Bermuda), Ltd., pursuant to Rule 56(e), Federal Rules of Civil Procedure, move to strike the affidavits of Michael Furlong and Mark Anderson submitted in support of Plaintiffs= Motion for Partial Summary Judgment.  If the Court for any reason determines not to strike the affidavits, Defendants move under Rule 56(f) for an order of the Court requiring Plaintiffs to

produce the underlying data, the expert=s affidavit and report, and all other necessary information, and allowing Defendants time to take the deposition of Mr. Anderson.

                              Respectfully submitted,

                          By    /s/Stephen R. Miller
                            Stephen R. Miller MO #33344
                            MILLER LAW FIRM
                            4310 Madison Avenue
                            Kansas City, Missouri 64111

                            Jon R. Pozgay AZ # 003680
                            2850 East Camelback Road
                            Suite 200
                            Phoenix, Arizona 85016
                            (602) 808-5430

                            Attorneys for Defendant-Counterclaimant American Investors Financial, Ltd.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

        Charles W. German, Esq.
        David J. Rempel, Esq.
        One Petticoat Lane Building
        1010 Walnut Street, Suite 400
        Kansas City, Missouri 64106

    Phoenix, Arizona the 5th day of February, 2003.


                      By/s/ Stephen R. Miller
                          Stephen R. Miller MO #33344
                          MILLER LAW FIRM
                          4310 Madison Avenue
                          Kansas City, Missouri 64111

                          Jon R. Pozgay AZ #003680
                          2850 East Camelback Road
                          Suite 200
                          Phoenix, Arizona 85016
                          (602) 808-5430
                          Attorney for Defendants/ Counterclaimants